729 A.2d 72

Alice BAKER, Executrix of the Estate of John W. Baker, Jr., Deceased, and as Widow in Her Own Right

v.

The H.B. SMITH COMPANY, INC., et al.

Appeal of the H.B. Smith Company, Inc.

Supreme Court of Pennsylvania.

Argued April 28, 1999.

Decided May 18, 1999.

Norman L. Haase, Joseph P. Klein, Media, for H.B. Smith, Co., Inc.

Richard P. Myers, Philadelphia, for Alice Baker.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## O R D E R

PER CURIAM:

Appeal dismissed as having been improvidently granted.